United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON DURRELL THOMAS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-01810-JD   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  February 26, 2015<br>Mediator:  Gregory Walker |

　　　　IT IS HEREBY ORDERED that the request to excuse plaintiff Elton Thomas from appearing in person at the February 26, 2015, mediation before Gregory Walker is GRANTED. Mr. Thomas shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　　**IT IS SO ORDERED**.

Dated: February 13, 2015

_____
Maria-Elena James
United States Magistrate Judge