UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON DURRELL THOMAS,<br>　　　　Plaintiff,<br>　　v.<br>ALAMEDA COUNTY, et al.,<br>　　　　Defendants. | Case No.  14-cv-01810-JD<br><br>**JUDGMENT** |

　　　Pursuant to the Court's March 30, 2015 order dismissing all claims against Alameda County with prejudice, final judgment is entered in favor of defendant Alameda County and against plaintiff Elton Durrell Thomas.

　　**IT IS SO ORDERED.**

Dated: March 30, 2015

_____
JAMES DONATO
United States District Judge