UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELTON DURRELL THOMAS,

    Plaintiff,

  v.

ALAMEDA COUNTY, et al.,

    Defendants.

Case No. 14-cv-01810-JD

**ORDER TO SHOW CAUSE**

The complaint in this case was filed on April 18, 2014, well over 120 days ago, and the Alameda County Sheriff's Office ("ACSO") has yet to be properly served. Dkt. No. 1. Mr. Thomas is ordered to show cause why this case should not be dismissed against the ACSO for failure to comply with Federal Rule of Civil Procedure 4(m), which requires that a defendant be served within 120 days after the complaint is filed. Mr. Thomas's response is due by April 6, 2015.

**IT IS SO ORDERED.**

Dated: March 30, 2015

_____
JAMES DONATO
United States District Judge